UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANKLIN H. WRIGHT,

    Plaintiff,

    v.

POPS MCGOVERN, et al.,

    Defendants.

Case No. 14-cv-05525-RS

**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PLEADING**

*Pro se* plaintiff Franklin H. Wright requests an extension of time to file an amended complaint in this matter. While his deadline to amend may not be suspended indefinitely, a thirty-day extension from the date of this order is hereby granted. Plaintiff also moves for a "more definitive statement clarifying" a prior order. While the prior order set forth some general guidance as to applicable pleading standards, district courts may not provide detailed or specific legal advice of the nature plaintiff's motion requests. This latter motion must, therefore, be denied.

**IT IS SO ORDERED**.

Dated: February 17, 2015

_____
RICHARD SEEBORG
United States District Judge