1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    FRANKLIN H. WRIGHT,                     Case No. 14-cv-05525-RS
                    Plaintiff,

8
            v.                               **ORDER DISMISSING ACTION**
9
     POPS MCGOVERN, et al.,
10
                    Defendants.
11

12

13        Plaintiff, having been granted leave to proceed *in forma pauperis* ("IFP"), now seeks

14   service of process upon the named defendants of his First Amended Complaint ("FAC") and

15   related documents.  The prior complaint was dismissed for failure to comply with Rule 8's

16   pleading standards and failure to set forth a cognizable claim.  The FAC, over ninety pages in

17   length, again falls short of meeting these requirements.  In light of the Court's continuing duty to

18   dismiss any case in which a party seeks leave to proceed *in forma pauperis* if the Court determines

19   that the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be

20   granted; or (3) seeks monetary relief against a defendant who is immune from such relief, *see* 28

21   U.S.C. § 1915(e)(2), this action must be dismissed with prejudice.

22

23   **IT IS SO ORDERED**.

24   Dated: March 23, 2015

25                                           _____

26                                           RICHARD SEEBORG
                                             United States District Judge
27

28

United States District Court
Northern District of California